# UNTITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN MYLES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ALLIEDBARTON SECURITY SERVICES, LLC, a Delaware Limited Liability Company; ALLIED SECURITY HOLDINGS, LLC, a Delaware Limited Liability Company; SPECTAGUARD ACQUISITION, LLC, a Delaware Limited Liability Company; and DOES 1 through 100,<br><br>*Defendants.* | Case No: C12-5761 WHA (JSC)<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO GRANT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. Proc. § 15(a)(2)-(3)]<br><br>Action Filed: November 9, 2012 |

## ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between counsel for plaintiff Joan Myles ("Plaintiff") and defendants AlliedBarton Security Services, LLC, Allied Security Holdings, LLC, and Spectaguard Acquisition, LLC ("Defendants") to grant Plaintiff leave to file a First Amended Complaint, and good cause appearing therefore, this Court hereby ORDERS:

1. Pursuant to Rule 15(a)(2)-(3) of the Federal Rules of Civil Procedure, the [Proposed] First Amended Complaint is hereby deemed filed and served pursuant to the Stipulation between Plaintiff and Defendants.

2. Defendants shall have until April 19, 2013 or 14 days after this Court approves this Stipulation, whichever is later, to file any response to Plaintiff's [Proposed] First Amended Complaint;

3. Nothing in this Order shall operate as a waiver of any rights that either Plaintiff or Defendants may have in this action.

IT IS SO ORDERED.

Dated: __April 1,__, 2013        By: _/s/ William Alsup_
                                         HONORABLE WILLIAM ALSUP
                                         U.S. District Judge