UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN MYLES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLIEDBARTON SECURITY SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 12-cv-05761-WHO<br><br>**ORDER ON STIPUATION RE BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 33 |

    A Stipulation and Order Re Briefing Schedule For Summary Judgment/Adjudication was presented to the Court on August 27, 2013, requesting that the parties file cross summary judgment/adjudication motions within 120 days from the date of the signed Proposed Order, and asking that all pre-trial dates be continued until after the Court has ruled on the cross motions. Further, the parties indicate that they are working on selecting a mediator but may not be able to secure one prior to the summary judgment/adjudication deadline, and may need to further adjust pre-trial dates.

    The parties had indicated at the Case Management Conference on August 20, 2013 that addressing discrete legal issues prior to the class certification motion would aid in obtaining a just, speedy and inexpensive resolution of this matter. The Stipulation does not give the Court comfort that "speedy" was part of the parties' calculus. Accordingly, the Court will require that the cross motions for summary judgment/adjudication be filed in sufficient time to be heard no later than January 29, 2014, and that the contemplated mediation be scheduled so that it is completed no later than January 29, 2014. The parties are advised that the Court expects to try this case in 2014,

1  and intends to set the class certification motion and remaining dates to accomplish that end.

2

3 **IT IS SO ORDERED**.

4 Dated: September 3, 2013

_____
WILLIAM H. ORRICK
United States District Judge