Jeremy T. Naftel, State Bar No. 185215
jnaftel@cdflaborlaw.com
Nicole A. Legrottaglie, State Bar No. 271416
nlegrottaglie@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
Suite 200
Sacramento, California 95825
Telephone:  (916) 361-0991
Facsimile:  (916) 570-1958

Attorneys for Defendant
AlliedBarton Security Services, LP

Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Blvd., Suite 711
Beverly Hills, California 90212
Telephone:    310.888.7771
Facsimile:    310.888.7771

Attorneys for Plaintiff
Joan Myles

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN MYLES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIEDBARTON SECURITY SERVICES, LLC, a Delaware Limited Liability Company; ALLIED SECURITY HOLDINGS, LLC, a Delaware Limited Liability company; SPECTAGUARD ACQUISITION, LLC, a Delaware Limited Liability company; and DOES 1 through 100,<br><br>    Defendants. | Case No. C12-5761 WHO<br><br>Assigned for All Purposes To:<br>Judge: Hon. William H. Orrick<br>Ctrm:   2<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**<br><br><br><br>Action Filed:   November 9, 2012 |

On September 3, 2013, this Court issued an order requiring that the parties file their cross motions for summary judgment/adjudication in sufficient time to be heard no later than January 29, 2014, and that mediation be completed no later than January 29, 2014.  Plaintiff Joan Myles ("Plaintiff") and Defendant AlliedBarton Security Services, LP  ("Defendant") hereby stipulate and

request that these deadlines be modified to permit the parties to complete mediation by February 25, 2014 and to thereafter file their cross-motions for summary judgment on or before April 25, 2014.

Good cause exists for the requested modifications in that the parties have worked diligently to select a mediator and secure a mediation date that is workable for both parties, their counsel, and clients. With their best diligence, the first available date the parties were able to agree to for mediation is February 25, 2014. That mediation has been scheduled with mediator Jeff Krivis for that date. In an effort to allow the parties to complete mediation without incurring potentially unnecessary costs associated with cross-motions for summary judgment, the parties request that they be permitted to complete the mediation first and then have 60 days thereafter to file their cross-motions for summary judgment.

IT IS SO STIPULATED.

Dated: November 11, 2013      CAROTHERS DISANTE & FREUDENBERGER LLP

By: _____*/s/ Nicole A. Legrottaglie*_____
Nicole A. Legrottaglie
Attorneys for Defendant
AlliedBarton Security Services, LP

Dated: November 11, 2013      SETAREH LAW GROUP

By: _____*/s/ Shaun Setareh*_____
Shaun Setareh
Attorneys for Plaintiff Joan Myles

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the case management deadlines are hereby modified to permit the parties to complete mediation by February 25, 2014, and to thereafter file cross-motions for summary judgment by April 25, 2014. **In addition, the following dates are also modified:**

| | |
|---|---|
| 1 | Last Day for Hearing Dispositive Motions--June 4, 2014 |
| 2 | Final Pretrial Conference--July 14, 2014 at 2:00 p.m. |
| 3 | Jury Trial--August 11, 2014 at 8:30 a.m. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | |
| 7 | DATED: November 12, 2013 |
| 8 | Honorable William H. Orrick<br>United States District Court Judge |

3   STIP & ORDER RE PROPOSED BRIEFING
      SCHEDULE FOR SUMMARY JUDGMENT

751590.1