1 | Jeremy T. Naftel, State Bar No. 185215
jnaftel@cdflaborlaw.com
2 | Nicole A. Legrottaglie, State Bar No. 271416
nlegrottaglie@cdflaborlaw.com
3 | CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
4 | Suite 200
Sacramento, California 95825
5 | Telephone: (916) 361-0991
Facsimile: (916) 570-1958
6
7 | Attorneys for Defendant
AlliedBarton Security Services, LP

8 | Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
9 | SETAREH LAW GROUP
9454 Wilshire Blvd., Suite 711
10 | Beverly Hills, California 90212
Telephone: 310.888.7771
11 | Facsimile: 310.888.7771

12 | Attorneys for Plaintiff
Joan Myles
13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN MYLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIEDBARTON SECURITY SERVICES, LLC, a Delaware Limited Liability Company; ALLIED SECURITY HOLDINGS, LLC, a Delaware Limited Liability company; SPECTAGUARD ACQUISITION, LLC, a Delaware Limited Liability company; and DOES 1 through 100,<br><br>Defendants. | Case No. C12-5761 WHO<br><br>Assigned for All Purposes To:<br>Judge: Hon. William H. Orrick<br>Ctrm: 2<br><br>**STIPULATION AND ORDER TO TAKE THE SETTLEMENT CONFERENCE OFF CALENDAR**<br><br>Action Filed: November 9, 2012 |

Plaintiff Joan Myles ("Plaintiff") and Defendant AlliedBarton Security Services, LP ("Defendant"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. The Court, pursuant to the Notice of Settlement Conference and Settlement Conference Order, set a conference for January 22, 2013;

---

1     STIPULATION AND [~~PROPOSED~~] ORDER TO TAKE THE SETTLEMENT CONFERENCE OFF CALENDAR

762974.1

2. The parties have scheduled a private mediation for February 25, 2014.

3. Therefore, Plaintiff and Defendant, by and through their undersigned attorneys of record, hereby stipulate to, and request that the Court take the Settlement Conference off calendar.

IT IS SO STIPULATED.

Dated: December 6, 2013     CAROTHERS DISANTE & FREUDENBERGER LLP

By: _____*/s/ Jeremy T. Naftel*_____
Jeremy T. Naftel
Attorneys for Defendant
AlliedBarton Security Services, LP

Dated: December 6, 2013     SETAREH LAW GROUP

By: _____*/s/ Shaun Setareh*_____
Shaun Setareh
Attorneys for Plaintiff Joan Myles

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the Settlement Conference schedule for January 22, 2013 is taken off calendar.

DATED: December 9, 2013     _____
Hon. Jacqueline Scott Corley
U.S. Magistrate Judge